UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Richard Wade Architects, P.C.

                         Plaintiff,

v.                                           Case No.: 1:12–cv–03382
                                                  Honorable Harry D. Leinenweber

Pride & Joy Manufacturing Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 22, 2012:

      MINUTE entry before Honorable Harry D. Leinenweber:The Court's minute entry [21] dated 8/22/2012 is corrected to read as follows: Plaintiff's individual claims against defendant Pride & Joy Manufacturing Company are dismissed with prejudice and without costs. Plaintiff's class claims against defendant Pride & Joy Manufacturing Company are dismissed without prejudice and without costs. Plaintiff's individual claims against John Does 1–10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41. Status hearing stricken.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.